UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.                                         Criminal No. 14-MJ-30333

DR. MARTIN FACUNDO QUIROGA-BAYAS,

    Defendant.

---

**MOTION AND ORDER TO UNSEAL THE COMPLAINT
AND ARREST WARRANT**

---

The United States of America requests the court to unseal the complaint, warrant of arrest, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                                Respectfully submitted,

                                                BARBARA L. MCQUADE
                                                United States Attorney

                                                *s/AUSA PHILIP A. ROSS*
                                                Assistant United States Attorney
                                                211 W. Fort Street, Suite 2001
                                                Detroit, MI  48226
                                                Email: philip.ross@usdoj.gov
                                                Phone: (313) 226-9790
                                                VA State Bar No.: 70269

**IT IS SO ORDERED.**


**Dated: July 8, 2014**                       **s/Donald A. Scheer**
                                                         HON. DONALD A. SCHEER
                                                         United States Magistrate Judge