UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                                   Criminal No. 14-mj-30333

v.

Martin Quiroga-Bayas, M.D.,

      Defendant.

---

# MOTION AND BRIEF FOR LEAVE TO
# DISMISS COMPLAINT WITHOUT PREJUDICE

---

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss without prejudice the complaint against *Defendant* Martin Quiroga.  In this case, the government needs additional time

1) to develop and obtain evidence sufficient to establish defendant's guilt beyond a reasonable doubt;

2) to investigate the full extent of the offense in question and identify all other individuals who should be held criminally responsible for the offenses; or

3) to decide whether criminal prosecution of defendant for the offenses in question is in the public interest.

*See generally United States v. Lovasco*, 431 U.S. 783,790-96 (1977); 18 U.S.C. § 3161(d)(1).  The government's ability to prosecute this case properly would be

substantially impaired were it required to proceed to indictment or information within the 30-day period prescribed by the Speedy Trial Act, *see* 18 U.S.C. §§ 3161(b), 3161(h). Accordingly, the government requests leave to dismiss the complaint without prejudice.

Respectfully submitted,

Barbara L. McQuade
United States Attorney

*s/Philip A. Ross*
Philip A. Ross
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Philip.Ross@usdoj.gov
(313) 226-9790
Bar-Virginia #20679

Dated: April 21, 2015

CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, April 21, 2015, I electronically filed the

foregoing document with the Clerk of the Court using the CM/ECF system which

will send notification of such filing to the following:

James W. Burdick

I further certify that I have mailed by United States Postal Service the

document to the following non-CM/ECF participants:

n/a

s/Philip A. Ross
Philip A. Ross
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Philip.Ross@usdoj.gov
(313) 226-9790
Bar-Virginia #20679